RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE _6__/_15__/_06_
BY _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA                    CRIMINAL NO. 05-50112

versus                                      JUDGE STAGG

FERNANDO HERRERA                            MAGISTRATE JUDGE HORNSBY

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's Motion to Suppress Drugs and Statement (Doc. 9) is **denied.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 19th day of June, 2006.

TOM STAGG
UNITED STATES DISTRICT JUDGE